749; *Matter of Christiansen* v. *Hill Reproduction Co.*, 262 App. Div. 379, affd. 287 N. Y. 690; *Matter of Lanni* v. *Amsterdam Bldg. Co.*, 217 App. Div. 278; *Rosmuth* v. *American Radiator Co.*, 201 App. Div. 207; 1 Larson, Workmen's Compensation Law, § 11.33.) Decision reversed, with costs to appellant and the matter remitted to the Workmen's Compensation Board for further proceedings. Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ., concur.

■ In the Matter of ROBERT M. NEARY, Appellant, et al., Intervenors-Petitioners, v. JAMES E. ALLEN, as Commissioner of Education of the State of New York, Respondent, et al., Intervenors-Respondents.— Order affirmed, without costs, on the opinion of Mr. Justice MACAFFER at Special Term (33 Misc 2d 548). Gibson, Herlihy, Reynolds and Taylor, JJ., concur.

■ (A) In the Matter of the Claim of FRANK YAKUBEC, Appellant, v. ARMOUR & COMPANY, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent. (B) In the Matter of the Claim of JOSEPHINE A. MILITELLO, Appellant, v. RUTLAND DRESS COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (C) In the Matter of the Claim of IDA MOINESTER, Appellant, v. CHARLES KONDAZIAN, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (D) WILLIAM G. FINCKE, Plaintiff, v. DAVID LURIE, Defendant. (E) In the Matter of the Claim of SAM KITTNER, Appellant, v. V. COSMOPOLITAN BEEF Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (F) LEONARD B. BLOWERS, Appellant, v. BARBARA STEIGER et al., Respondents. (G) In the Matter of the Claim of CHARLES KURTZ, Appellant, v. SOLOMON BROS. POULTRY CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (H) In the Matter of the Claim of ISADORE KORB, Appellant, v. LINDEN TRUCKING COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (I) SUZANNE DE G. HYDE, Respondent, v. EVERETT VAN KLEECK & CO., INC., et al., Appellants. (J) SUZANNE DE G. HYDE, Respondent, v. EVERETT VAN KLEECK & CO., INC., et al., Appellants.— [In each action] Motions to dismiss appeals granted by default, without costs. Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ (A) FIBERTEX FABRICS, INC., Appellant, v. CLAY SICKLES et al., Respondents. (B) MORRIS SIMON, Appellant, v. DAVID M. POTTS et al., Respondents.— [In each action] Appeals dismissed, without costs, unless appellants shall file and serve records, briefs and notes of issue for the September 1962 Term on or before August 1, 1962, in which event motions denied. Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM B. ELLIOTT, Appellant.— Time to perfect appeal extended 90 days. Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ (A) FRED SIMONCINI, Appellant, v. VILLAGE OF RED HOOK et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (B) In the Matter of the Claim of FLORENCE J. FURINO, Appellant, v. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— [In each action] Permission to prosecute appeals as poor persons granted. Appeals may be perfected upon one typewritten copy of the records and five typewritten copies of the briefs. Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DONALD E. DE GROAT, Appellant, v. WALTER M. WALLACK, as Warden of Wallkill State Prison, Respondent.— Motion for permission to appear in person to argue appeal. Motion denied. Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.